UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

CARL ALEXANDER COHEN,

      Plaintiff,                                                    Civil Action No. 1:20-cv-00943

v.

BOSTON SCIENTIFIC CORPORATION;
REPUBLIC SURGICAL, INC.;
MEDWORX, INC.; ALEXANDRE R.
MOUCHATI; DOES 1-20, inclusive; and
DOE ENTITIES 11-20, inclusive,

      Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE
DEFENDANT ALEXANDRE R. MOUCHATI WITH PROCESS**

      Plaintiff Carl Alexander Cohen, through undersigned counsel, respectfully seeks an extension of time on the service of process deadline as to Defendant Alexander R. Mouchati, only. In support of this motion, Plaintiff states as follows:

      *LR 7.1(c) Concurrence*. Defendant Boston Scientific assents to the instant motion. Defendants Alexandre R. Mouchati, Republic Surgical, Inc., and Medworx, Inc. (each represented by the same counsel) object to the relief sought herein.

      1.     This case was originally filed in State of New Hampshire, Strafford Superior Court on July 23, 2020.

      2.     Plaintiff attempted service on Mr. Mouchati in August 2020, but was unable to locate him due to a change in employment (Ex. A), and a lack of information as to his correct identity at that time prevented discovery of an alternative service address.

      3.     This case was removed to federal court on September 10, 2020. (Doc. 1). At that time, there were no service deficiencies in the state-court action because the state-court service

1

date, also September 10, 2020 (Doc. 1-1, p. 36), had not yet expired.

4. A First Amended Complaint was filed November 17, 2020. (Doc. 11). Defendant Mouchati, through counsel, filed an Answer to that First Amended Complaint on November 17, 2020. (Doc. 13).

5. Defendant Mouchati has fully engaged, though counsel, in every aspect of this litigation, including participating in the Fed. R. Civ. P. 26(f) conference and in preparing the resulting court-filed pleading (Doc. 30), serving initial disclosures (Ex. D), and propounding two sets of discovery on Plaintiff (Exs. E and F).

6. On March 3, 2021, Defendant Mouchati filed a motion to dismiss based on insufficient service of process (Doc. 36) and Plaintiff filed a response to that motion on March 17, 2021. (Doc. 39; Doc. 40).[1]

7. Fed. R. Civ. P. 4(m) provided an automatic 90 days from removal to effect service of process. That deadline would have been December 9, 2020.

8. Mr. Mouchati was properly served with in-hand process on March 17, 2021. (Doc. 41).

9. Based on the facts of this case, as set forth fully in the accompanying memorandum of law, Plaintiff respectfully requests that the Court extend the current service of process deadline **to March 17, 2021**, the date of actual service, so that this case may proceed to trial on its merits.

10. This extension if time will not result in the continuance of any hearing, conference, or the trial of this matter.

11. This short extension if time will not result in prejudice to any party, including Defendant Mouchati.

---

[1] Plaintiff incorporates fully herein his response to that motion to dismiss (Doc. 39; Doc. 40), as it is appliable to this motion for extension of time.

2

12. Plaintiff further relies on the accompanying Memorandum of Law and Exhibits.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant him an extension of time, to **March 17, 2021**, to serve Defendant Alexandre Mouchati with process.

Respectfully submitted this 18th day of March 2020.

/s/Anne M. Dieruf

Jason W Jordan
Anne M. Dieruf
Admitted *Pro Hac Vice*
Jordan, Herington & Rowley
5445 DTC Parkway, Suite 1000
Greenwood Village, CO 80111
(303) 766-8153
jason@jordanlaw.com
anne@jordanlaw.com

and

Benjamin R. Novotny
NH Bar ID #18041
Trial Lawyers for Justice
421 W. Water Street, 3rd Floor
Decorah, IA 52101
(563) 382-5071
ben@tl4j.com

and

Alfred T. Catalfo, III
NH Bar ID #8135
Catalfo Law, PLLC
466 Central Avenue, Suite 2
P.O. Box 869
Dover, NH 03821-0869
(603) 742-7558
catalfolaw@gmail.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT ALEXANDRE R. MOUCHATI WITH PROCESS** was electronically filed using the CM/ECF system, which will send notification of such filing to all those registered with the ECF system, including the following counsel of record:

Edward J. Sackman, NH Bar No. 19586
Lauren M. Pritchard, NH Bar No. 271587
Bernstein, Shur, Sawyer and Nelson, P.A.
Jefferson Mill Building
670 North Commercial Street, Ste. 108
P.O. Box 1120
Manchester, NH 03105
Telephone: (603) 623-8700
NSackman@BernsteinShur.com
lpritchard@bernsteinshur.com
*Attorneys for Defendant Boston Scientific Corporation*

Michael J. Carroll
Emily Steeb
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: 312-212-6500
michael.carroll@faegredrinker.com
emily.steeb@faegredrinker.com

*Attorneys for Defendant Boston Scientific Corporation*

William Joseph Flanagan, #17287
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
jflanagan@morrisonmahoney.com
*Attorney for Defendants Republic Surgical, Inc., Medworx, Inc., and Alexandre R. Mouchati*

                                           */s/Anne M. Dieruf*
                                           Anne M. Dieruf
                                           *Attorney for Plaintiff*