

# PLYMOUTH COUNTY SHERIFF'S DEPARTMENT
22 COTTAGE ST, POST OFFICE BOX 1663, BROCKTON MA 02303
(508) 580-2110   Fax (508) 586-8649

## DILIGENT SEARCH REPORT
### August 7, 2020

RE:   Carl Alexander Cohen vs. Alex Muchati
Docket 219-2020-CV-00221
Your file #

> Defendant address:
> Republic Surgical Medworx, Inc.
> 800 Hingham Street
> Rockland, MA 02370

RESEARCH WORK PERFORMED:
INTERVIEW: ✓   LEXISNEXIS:___   POSTAL CHECK:___   WORLD WIDE INFO:___
RMV LICENSE CHECK:___   SECRETARY OF STATE:___   OTHER:___
SUMMARY OF RESEARCH:
___ DEFENDANT MOVED.
___ NO FORWARD ON FILE AT THIS TIME AT POST OFFICE.
___ NO CHANGE WITH MASS RMV RECORDS.
___ NO NEW INFORMATION OBTAINED FROM RESEARCH.
___ DEFENDANT CANNOT BE LOCATED AT THIS TIME.
___ DEFENDANT HAS MOVED OUT OF COURT DISTRICT.
___ DEFENDANT HAS MOVED OUT OF PLYMOUTH COUNTY.
___ DEFENDANT IS DECEASED.
___ RETURNING SERVICE AS PER YOUR REQUEST.
___ DEFENDANT HAS MOVED, NEW ADDRESS LOCATED. SEE BELOW.
___ NEW ADDRESS OBTAINED BY:___

OTHER Comments: *Defendant no longer works for Company per Director Yohana Flynn.*

If you have any questions, please don't hesitate to contact me.

---

# PLYMOUTH COUNTY SHERIFF'S DEPARTMENT
22 COTTAGE ST, POST OFFICE BOX 1663, BROCKTON MA 02303

Plymouth, SS

___ By virtue of this writ, I have made diligent search for the within named, Alex Muchati and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service.

David Coache (Office), Deputy Sheriff