AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of New Hampshire ▾

|  |  |  |
|---|---|---|
| CARL ALEXANDER COHEN<br><br>*Plaintiff(s)*<br>v.<br>BOSTON SCIENTIFIC CORPORATION; REPUBLIC SURGICAL, INC.; MEDWORX, INC; ALEXANDRE R. MOUCHATI.; DOES 1-20, inclusive; and DOE ENTITIES 11-20, inclusive<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-00943-PB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ALEXANDRE R. MOUCHATI
530 ATHERTON STREET
MILTON, MA 02186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin R. Novotny                     Alfred T. Catalfo, III
Trial Lawyers for Justice                Catalfo Law, PLLC
421 W. Water Street, 3rd Floor         466  Central Ave. Ste. #2
Decorah, IA 52101                        P.O. Box 869
ben@tl4j.com                             Dover, NH 03821-0869
                                         catalfolaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          3/16/2021          
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Mar 16, 2021

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00943

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


**Norfolk County Sheriff's Office**, P.O. Box 699245, Quincy, MA 02269 / Tel. (781) 326-7271
**Norfolk, SS**

March 17, 2021

I hereby certify and return that on 3/17/2021 at 12:25 PM I served a true and attested copy of the summons and amended complaint in this action in the following manner: To wit, by delivering in hand to Alexander R. Mouchati at 530 Atherton Street Milton, MA 02186 . Out of State Fee ($75.00) Total: $75.00

**Deputy Sheriff  James Riggs**

**Deputy Sheriff**

summons and amended complaint