# The Commonwealth of Massachusetts
## County of Norfolk

OFFICE OF THE

SHERIFF

**JEROME P. McDERMOTT**
SHERIFF

219-2020-CV-00220



**CIVIL PROCESS DIVISION**
P.O. Box 699245
Quincy, MA 02169
Tel:(781) 326-1767
Fax (781) 326-0288
Email: info@norfolkcivil.org



**Norfolk County Sheriff's Office**, P.O. Box 699245, Quincy, MA 02269 / Tel. (781) 326-7271
**Norfolk, ss**

December 11, 2020

I hereby certify and return that on 10/16/2020 at 9:55 AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Alexandre R. Mouchati at 181 Parkingway Quincy, MA . Basic Service Fee ($30.00) Conveyance ($3.00) Postage and Handling ($1.00) Attestation - 1 Copy ($5.00) Travel ($3.84) Total: $42.84

**Deputy Sheriff**

Deputy Sheriff Gerald DeGregorio

SERVING THE COMMUNITIES OF: AVON, BELLINGHAM, BRAINTREE, BROOKLINE, CANTON, COHASSET, DEDHAM, DOVER, FOXBOROUGH, FRANKLIN, HOLBROOK, MEDFIELD, MEDWAY, MILLIS, MILTON, NEEDHAM, NORFOLK, NORWOOD, PLAINVILLE, QUINCY, RANDOLPH, SHARON, STOUGHTON, WALPOLE, WELLESLEY, WESTWOOD, WEYMOUTH, WRENTHAM.