**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Carl Alexander Cohen,<br><br>Plaintiff,<br><br>v.<br><br>Boston Scientific Corporation; Republic Surgical Inc.; Medworx, Inc.; Alexandre R. Mouchati; Does 1-10, inclusive; and Doe Entities 11-20, inclusive,<br><br>Defendants. | CASE NO. 1:20-CV-00943 |

**DEFENDANT REPUBLIC SURGICAL INC.'S  MOTION TO EXCLUDE TESTIMONY
OF DR. JOHN JARRELL AND MR. MARK GUILFORD**

The defendant, Republic Surgical, Inc. ("RSI") hereby joins co-defendant Boston Scientific Corporation's motions to exclude testimony of Dr. John Jarrell and Mr. Mark Guilford. Docket No. 68 and No. 69. Furthermore, RSI incorporates and adopts BSC's arguments herein.

WHEREFORE, the defendant moves for the court to exclude Dr. Jarrell and Mr. Guilford's testimony.

Respectfully submitted,
The Defendant,
By Its Attorneys,

MORRISON MAHONEY LLP

By     /s/ *Christopher A. Monson*

102371376

2

William Joseph Flanagan, #17287
jflanagan@morrisonmahoney.com
Christopher A. Monson, # 274162
cmonson@morrisonmahoney.com
250 Summer Street
Boston, MA 02210-1181
Phone:  617-439-7500
Fax:      617-342-4887

2

102371376

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, a true and correct copy of the foregoing was filed via the Court's CM/ECF Electronic Filing service which served notice of such filing on all counsel of record in this case. I further certify that concurrence for the relief requested was sought by BSC but not obtained.

/s/ Christopher A. Monson
NH Bar No. 274162

3

102371376